JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JARRETT FELDMAN,<br><br>                 Plaintiff,<br><br>    -v-<br><br>LAW OFFICE OF CURTIS O. BARNES,<br>ET AL,<br><br>                 Defendants. | Case No. SACV10-0395-DOC(ANx)<br><br>ORDER DISMISSING<br>CIVIL ACTION |

The Court having been advised by counsel for the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 45 days, to reopen this action if settlement is not consummated.

DATED: August 30, 2011

*David O. Carter*
_____
DAVID O. CARTER
United States District Judge